IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CRIMINAL ACTION NO. 3:21-CR-00047-KDB-DCK

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | **ORDER** |
| DAVID KYLE REEVES, | |
| Defendant. | |

**THIS MATTER** is before the Court on the United States' Motion to Dismiss the Indictment without Prejudice (Doc. No. 73). Under Federal Rule of Criminal Procedure 48(a), "[t]he government may, with leave of court, dismiss an indictment, information, or complaint." For the reasons given in the motion, and without opposition from the Defendant, the Court will **GRANT** the motion and dismiss the indictment without prejudice.

**IT IS THEREFORE ORDERED** that the Indictment (Doc. No. 13) be **DISMISSED** without prejudice.

Signed: January 29 2024

Kenneth D. Bell
United States District Judge

1